UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY CONRAD SMITH,<br>　　　　　Petitioner,<br>　　v.<br>SCOTT KERNAN, et al.,<br>　　　　　Respondents. | Case No. 18-cv-01863-PJH<br><br>**JUDGMENT** |

The court having entered a ruling today dismissing the petition for a writ of habeas corpus, judgment is entered in favor of respondents and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 8, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge